January 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

### AMANDA LATRICE BROWN, Appellant

NO. 14-11-00036-CV                    V.

### GREGORY FITZGERALD BROWN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, GREGORY FITZGERALD BROWN, signed July 14, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, GREGORY FITZGERALD BROWN, to pay all costs incurred in this appeal. We further order this decision certified below for observance.